IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DOROTHY E. HENSLEY, )
       Plaintiff, )
        )
   v. ) Civil Action No. 05-0725
        ) Judge Gary L. Lancaster
HAROLD J. KIRK and ) Magistrate Judge Lisa Pupo Lenihan
LANDAIR TRANSPORT, INC., )
       Defendant. )

## MEMORANDUM ORDER

Plaintiff's Complaint was received by the Clerk of Court on May 24, 2005, and was subsequently referred to United States Magistrate Judge Lisa Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates

The Magistrate Judge's Report and Recommendation filed on March 20, 2006 recommended that Plaintiff's Complaint be dismissed with prejudice in accordance with Fed. R. Civ. P. 41(b) for failure to prosecute and comply with the Court's Order. Service was made as of record. No objections to the Report and Recommendation were filed. After review of the case, the following Order is entered:

**AND NOW**, this 7th day of April, 2006:

**IT IS HEREBY ORDERED** that the case be, and is, dismissed with prejudice in accordance with Fed. R. Civ. P. 41;

**IT IS FURTHER ORDERED** that the Report and Recommendation of Magistrate Judge Lenihan is adopted as the Opinion of the Court.

Gary L. Lancaster
United States District Judge

cc: As of Record